UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DIANA BIGLER,

      Plaintiff,

v.                                     Case No. 3:17cv180-MCR-CJK

BILL WOODLEY, CEO of DB USA
Corporation and Deputy CEO of
Deutsche Bank Americas, a human
wrongdoer, et al.,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

On March 22, 2017, the undersigned entered an order (doc. 2) advising plaintiff her complaint was inadequate and allowing her 30 days in which to correct the deficiencies through the filing of an amended complaint. Plaintiff submitted a document titled "Trial by Jury," which was returned as deficient. *See* doc. 3. The undersigned entered another order (doc. 4) allowing plaintiff a final opportunity to file an amended complaint, correcting the deficiencies in her original complaint, and advising that in the event she failed to do so within 14 days of the date of the order, the undersigned would recommend, without further notice, that the matter be

dismissed for failure to prosecute and/or failure to comply with an order of the court.

More than 14 days have passed and plaintiff has failed to respond to the order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's

failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 4th day of August, 2017.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No: 3:17cv180-MCR-CJK